

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019<br>+1 212 839 5300<br>+1 212 839 5599 FAX<br><br>ncrowell@sidley.com<br>+1 212 839 5449 | BEIJING       HONG KONG    SHANGHAI<br>BOSTON        HOUSTON      SINGAPORE<br>BRUSSELS      LONDON       SYDNEY<br>CENTURY CITY  LOS ANGELES  TOKYO<br>CHICAGO       NEW YORK     WASHINGTON, D.C.<br>DALLAS        PALO ALTO<br>GENEVA        SAN FRANCISCO<br><br>FOUNDED 1866 |

May 2, 2017

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

**BY FACSIMILE 212-805-6712**

Honorable Kevin Nathanial Fox
United States Magistrate Judge
40 Centre Street, Room 425
New York, NY 10007

Re:   *National Union Fire Insurance Company of Pittsburgh, Pa. v. Seneca Family of Agencies*, 17-cv-01061

Dear Judges Koeltl and Fox:

    We write jointly on behalf of all parties to inform the Court that the parties have reached a settlement in principle of the above-referenced action, subject only to documentation. Accordingly, the parties respectfully request that the Court cancel the settlement conference currently scheduled for May 3, 2017 at 10:30 a.m. before Magistrate Judge Fox and hold in abeyance the currently pending motion to compel arbitration and for a preliminary injunction.

    Sincerely,

    /s/ Nicholas P. Crowell

    Nicholas P. Crowell

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.